# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Deborrah Conteh,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                         3:11-cv-350

Faye Griggs, et al,,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 14, 2012 Order.

                                            Signed: June 14, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court